1  PAUL J. WEINER (State Bar No. 111167)
   CANDACE M. KWON (State Bar No. 220788)
2  RASTEGAR & MATERN, ATTORNEYS AT LAW
   1010 Crenshaw Boulevard, Suite 100
3  Torrance, California 90501
   Tel. (310) 371-7200
4  Fax.(310) 371-5757

5  Attorneys for Defendant

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 DOMINIC SARKAR,                          )  CASE NO. C 06-02746 MEJ
                                            )
12              Plaintiff,                  )  STIPULATION TO VACATE CASE
                                            )  MANAGEMENT CONFERENCE DATE
13         vs.                              )  CMC RESET TO AUGUST 24, 2006
                                            )  CMC Date: July 27, 2006
14 MALIK JI INDIA INTERNATIONAL BAR         )
   & RESTAURANT, INC., a Pennsylvania       )  Time: 10:00 a.m.
15 corporation, dba Karma Restaurant and Bar,)
   Does 1 through 25, inclusive,            )  Place: Courtroom B
16                                          )  Honorable Maria-Elena James
                Defendants.                 )  450 Golden Gate Avenue, 15th Fl.,
17 _____  )  San Francisco, California 90012

18

19

20

21         This Stipulation is made by and among Plaintiff DOMINIC SARKAR ("Plaintiff") and

22  Defendant MALIK JI INDIA INTERNATIONAL BAR & RESTAURANT, INC., dba Karma

23  Restaurant and Bar ("Defendant Karma") to vacate the currently scheduled Case Management

24  Conference date of July 27, 2006:

25         A.      Defendant Karma has just been served and needs more time to review and prepare

26  its ~~defenses~~. response.

27         ~~B.     Defendant Karma intends to file a motion to dismiss.~~

28

C:\Documents and Settings\Owner\Local Settings\Temporary Internet Files\OLK128\Stipulation to Vacate CMC d1.wpd

1  B.
2  ~~C.~~  Plaintiff does not oppose the current Case Management Conference date being vacated, *and requests that it be reset by the court.*
3  WHEREFORE, Parties hereby stipulate to vacate the current Case Management
4  Conference date of July 27, 2006, to be ~~re-set by the Court, should Defendant fail to file its Motion
5  to Dismiss.~~ *JB* to August 24, 2006, at 10:00 a.m.

7  Dated: July 20, 2006                                  **RASTEGAR & MATERN**

                                                        By: _____
                                                        Paul J. Weyner
                                                        Candace M. Kwon
                                                        Attorneys for Defendant

11  Dated: July 20, 2006
                                                        By: _____
                                                        David A. Butler, Jr.
                                                        Attorney for Plaintiff

                                  **ORDER**

16  IT IS SO ORDERED.

18  Dated:  **July 24, 2006**

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James]

2

<b>PROOF OF SERVICE</b>

STATE OF CALIFORNIA     )
                        ) ss
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years, and not a party to this action. My business address is 1010 Crenshaw Boulevard, Suite 100, Torrance, California 90501.

On July 20, 2006, I served the following document or documents:

**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE MANAGEMENT CONFERENCE DATE**

on all interested parties in this action

[X] by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

David A. Butler, Jr.
305 San Bruno Avenue West
San Bruno, CA 94066-3526

[X] **BY MAIL**

[X] I caused such envelope(s) to be deposited in the mail at Torrance, California. The envelope was mailed with postage thereon fully prepaid.

[ ] As follows: I am "readily familiar" with firms's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of party served, service is invalid if postal cancellation date or postage meter date is more than 1 day after the date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

I delivered such envelope by hand to the offices of the addressee.

Executed July 20, 2006, at Torrance, California.

[ ] (State)     I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ Elena Sagun_