IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC SARKAR,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>MALIK JI INDIA INTERNATIONAL BAR &<br>RESTAURANT, INC.,<br><br>        Defendant(s).<br>_____/ | No. C 06-2746 MEJ<br><br>**ORDER VACATING AUGUST 24, 2006<br>CASE MANAGEMENT CONFERENCE** |

On July 27, 2006, defendant Malik Ji India International filed a Motion to Dismiss. Accordingly, the Court finds a case management conference unnecessary at this time and hereby VACATES the August 24, 2006 Case Management Conference scheduled in this matter.

**IT IS SO ORDERED.**

Dated: July 31, 2006

                                                 MARIA-ELENA JAMES
                                                 United States Magistrate Judge