IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC SARKAR, | No. C 06-2746 MEJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| vs. | **ORDER VACATING SEPTEMBER 7, 2006 HEARING RE: DEFENDANT'S MOTION TO DISMISS** |
| MALIK JI INDIA INTERNATIONAL BAR & RESTAURANT, INC., | |
| Defendant(s). | |

Pending before the Court is defendant Karma Hospitality Inc. dba Karma Restaurant and Bar's (sued as "Malik Ji India International Bary & Restaurant dba Karma Restaurant and Bar") Motion to Dismiss, filed July 27, 2006, with a noticed hearing date of September 7, 2006. (Doc. #5.) Pursuant to Civil Local Rule 7, plaintiff Dominic Sarkar's opposition to the motion was due August 17, 2006. As no opposition has been received, the Court hereby VACATES the September 7, 2006 hearing date and ORDERS Sarkar to show cause why sanctions should not be imposed, including granting defendant's motion. Sarkar shall file a declaration by August 24, 2006, and the Court shall conduct a hearing regarding this order to show cause on August 31, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 18, 2006

MARIA-ELENA JAMES
United States Magistrate Judge