**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC SARKAR,<br><br>    Plaintiff(s),<br><br>vs.<br><br>MALIK JI INDIA INTERNATIONAL BAR & RESTAURANT, INC.,<br><br>    Defendant(s).<br>_____ / | No. C 06-2746 MEJ<br><br>**ORDER VACATING ORDER TO SHOW CAUSE**<br><br>**ORDER SCHEDULING HEARING RE: DEFENDANT'S MOTION TO DISMISS** |

On August 18, 2006, the Court issued an Order to Show Cause as to why plaintiff Dominic Sarkar failed to file an opposition to defendant's pending motion to dismiss. Upon receipt of Sarkar's counsel's declaration, filed August 24, the Court hereby VACATES the Order to Show Cause hearing scheduled for August 31, 2006. Sarkar shall file his opposition by August 31, 2006, and defendant shall file any reply by September 14. The Court shall conduct a hearing on September 28, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: August 28, 2006

MARIA-ELENA JAMES
United States Magistrate Judge